# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

|  |  |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC ) | |
| Plaintiff; ) | Civil Action No. 6:21-cv-00820 |
| v. ) | |
| ASUSTEK COMPUTER, INC., ) | |
| Defendant; ) | |

## MOTION FOR ISSUANCE OF INTERNATIONAL LETTER OF REQUEST (LETTER ROGATORY)

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Atlas Global Technologies LLC, who respectfully petitions this Court for the issuance of a Letter of Request (Letter Rogatory) in the form annexed, pursuant to Fed. R. Civ. P. 4(f)(2)(B) and addressed to the appropriate judicial authority in Taiwan, requesting that the Taiwanese Court cause to be served upon the defendant ASUSTeK Computer, Inc., the Summons and First Amended Complaint filed in the present action. Plaintiff requests that after this Court has signed the Letter of Request, two Exemplified Copies of the Letter be returned to counsel for forwarding, along with the attached documentation, to the United States Department of State, Office of American Citizen Services. The State Department will oversee transmission of the Letter of Request to Taiwan through diplomatic channels as provided in 28 U.S.C. §1781(a)(2), as well as its presentation to the requested court in Taiwan.

Atlas Global Technologies LLC, stands ready to reimburse this Court and/or the U.S. Department of State for any expenses incurred in connection with the execution of this Letter Rogatory and will remit a cashier's check in the amount of $2,275 to the U.S. Department of State to cover such expenses.

Dated: October 27, 2021

Respectfully submitted,

/s/ *Alejandra C. Salinas*
Max L. Tribble, Jr.
Texas State Bar No. 20213950
Joseph S. Grinstein
Texas State Bar No. 24002188
Alejandra C. Salinas
Texas State Bar No. 24102452
**SUSMAN GODFREY, LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com
asalinas@susmangodfrey.com

Kalpana Srinivasan
California State Bar No. 237460
Oleg Elkhunovich
California State Bar No. 269238
**SUSMAN GODFREY, LLP**
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
oelkhunovich@susmangodfrey.com

Michael F. Heim
Texas State Bar No. 09380923
Eric J. Enger
Texas State Bar No. 24045833
Blaine A. Larson
Texas State Bar No. 24083360

Alden G. Harris
Texas State Bar No. 24083138
William B. Collier, Jr.
Texas State Bar No. 24097519
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby, Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
mheim@hpcllp.com
eenger@hpcllp.com
blarson@hpcllp.com
aharris@hpcllp.com
wcollier@hpcllp.com

*ATTORNEYS FOR ATLAS GLOBAL TECHNOLOGIES LLC*