# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTeK COMPUTER, INC.,<br><br>Defendant. | C.A. No.: 6:21-cv-00820-ADA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF COMPLETION OF SERVICE OF PROCESS**

Pursuant to the Court's Order granting Plaintiff's Motion for Service of Process (Dkt. No. 31, hereinafter "Order"), Plaintiff Atlas Global Technologies LLC ("Atlas") hereby notifies the Court that it has completed service of process on Defendant ASUSTeK Computer, Inc. ("ASUS").

On March 11, 2022, the Court confirmed receipt of the service materials required by the Order for service via FedEx. Dkt. No. 32.  On March 23, 2022, Central Time, Atlas received confirmation from FedEx that the service materials had been successfully delivered to ASUS. Ex. 1.  An individual named R. Ken signed for the package containing the service materials on behalf of ASUS.  *Id.*  A detailed proof of delivery generated by FedEx is also attached for the Court's reference.  Ex. 2.

Dated: March 25, 2022    Respectfully submitted,

                         */s/ Alejandra C. Salinas*
                         Max L. Tribble, Jr.
                         Texas State Bar No. 20213950
                         Joseph S. Grinstein
                         Texas State Bar No. 24002188

Alejandra C. Salinas
Texas State Bar No. 24102452
**SUSMAN GODFREY, LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com
asalinas@susmangodfrey.com

Kalpana Srinivasan
California State Bar No. 237460
Oleg Elkhunovich
California State Bar No. 269238
**SUSMAN GODFREY, LLP**
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
oelkhunovich@susmangodfrey.com

Michael F. Heim
Texas State Bar No. 09380923
Eric J. Enger
Texas State Bar No. 24045833
Blaine A. Larson
Texas State Bar No. 24083360
Alden G. Harris
Texas State Bar No. 24083138
William B. Collier, Jr.
Texas State Bar No. 24097519
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby, Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
mheim@hpcllp.com
eenger@hpcllp.com
blarson@hpcllp.com
aharris@hpcllp.com
wcollier@hpcllp.com

T. John Ward, Jr.
TX State Bar No. 00794818

      Email: jw@wsfirm.com
      Andrea L. Fair
      TX State Bar No. 24078488
      Email: andrea@wsfirm.com
      **WARD, SMITH & HILL, PLLC**
      1507 Bill Owens Parkway
      Longview, Texas 75604
      Telephone: 903-757-6400
      Facsimile: 903-7572323

      S. Calvin Capshaw
      Texas State Bar No. 03783900
      Elizabeth L. DeRieux
      Texas State Bar No. 05770585
      **CAPSHAW DeRIEUX, LLP**
      114 E. Commerce Ave.
      Gladewater, TX 75647
      Telephone: (903) 845-5770
      Email: ccapshaw@capshawlaw.com
      Email: ederieux@capshawlaw.com

      *Attorneys for Plaintiff*
      *Atlas Global Technologies*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2022, a copy of the foregoing document was served electronically, via CM/ECF, on all counsel of record per Local Rule CV-5(b).

                */s/ Alejandra C. Salinas*
                Alejandra C. Salinas