# EXHIBIT 1



**FedEx® Tracking**

776263129808

**ADD NICKNAME**

# Delivered
Thursday, March 24, 2022 at 11:04 am

**DELIVERED**
Signed for by: R.KEN

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**
WACO, TX US

**TO**
TAIPEI 112, TW

## Travel History

**TIME ZONE**
Local Scan Time

**Thursday, March 24, 2022**

| | | |
|---|---|---|
| 11:04 AM | TAIPEI 112 TW | Delivered |
| 10:10 AM | WU KU DISTRICT TW | On FedEx vehicle for delivery |
| 10:09 AM | WU KU DISTRICT TW | At local FedEx facility |

**Wednesday, March 23, 2022**

| | | |
|---|---|---|
| 3:56 PM | WU KU DISTRICT TW | Operational Delay Incorrect Address |
| 12:59 PM | WU KU DISTRICT TW | At local FedEx facility |

**Tuesday, March 22, 2022**

| | | |
|---|---|---|
| 5:28 PM | WU KU DISTRICT TW | Operational Delay Incorrect Address |
| 12:49 PM | WU KU DISTRICT TW | At local FedEx facility |

**Monday, March 21, 2022**

| | | |
|---|---|---|
| 4:22 PM | WU KU DISTRICT TW | Operational Delay<br>Incorrect Address |
| 12:52 PM | WU KU DISTRICT TW | At local FedEx facility |

**Friday, March 18, 2022**

| | | |
|---|---|---|
| 12:51 PM | WU KU DISTRICT TW | At local FedEx facility |
| 11:17 AM | WU KU DISTRICT TW | Delay<br>Shipment Refused by recipient. |
| 10:17 AM | WU KU DISTRICT TW | On FedEx vehicle for delivery |
| 10:16 AM | WU KU DISTRICT TW | At local FedEx facility |

**Thursday, March 17, 2022**

| | | |
|---|---|---|
| 11:53 PM | TA YUAN DISTRICT TW | In transit |
| 11:48 PM | TA YUAN HSIANG TW | In transit<br>Package available for clearance |
| 11:48 PM | TA YUAN HSIANG TW | International shipment release - Import |
| 5:34 PM | TA YUAN DISTRICT TW | At destination sort facility |
| 9:40 AM | GUANGZHOU CN | In transit |
| 7:26 AM | GUANGZHOU CN | Departed FedEx hub |
| 7:14 AM | GUANGZHOU CN | Local Delay<br>Delay beyond our control |
| 3:43 AM | GUANGZHOU CN | Local Delay<br>Delay beyond our control |
| 2:00 AM | GUANGZHOU CN | Arrived at FedEx hub |

**Tuesday, March 15, 2022**

| | | |
|---|---|---|
| 2:46 PM | MEMPHIS, TN | Departed FedEx hub |
| 3:32 AM | MEMPHIS, TN | In transit |
| 12:15 AM | MEMPHIS, TN | Arrived at FedEx hub |

**Monday, March 14, 2022**

| | | |
|---|---|---|
| 7:15 PM | WACO, TX | Left FedEx origin facility |
| 3:52 PM | WACO, TX | Picked up |

**Thursday, March 10, 2022**

Case 6:21-cv-00820-ADA   Document 33-1   Filed 03/25/22   Page 4 of 4

| | |
|---|---|
| 11:54 AM | Shipment information sent to FedEx |

Expand History ⌄

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 776263129808 | International Priority | 2.2 lbs / 1 kgs |

| DIMENSIONS | DELIVERED TO | TOTAL PIECES |
|---|---|---|
| 12x14x3 in. | Receptionist/Front Desk | 1 |

| TOTAL SHIPMENT WEIGHT | TERMS | SHIPPER REFERENCE |
|---|---|---|
| 2.2 lbs / 1 kgs | Shipper | 017149 |

| PACKAGING | SPECIAL HANDLING SECTION | SHIP DATE |
|---|---|---|
| FedEx Box | Deliver Weekday, Adult Signature Required, Airbill Automation | 3/14/22 ? |

| SHIPMENT-FACTS.COD-DETAIL | STANDARD TRANSIT | ACTUAL DELIVERY |
|---|---|---|
| $0.00 | 3/17/22 before 6:00 pm ? | 3/24/22 at 11:04 am |