IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC | § § § § | Civil Action No. 6:21-cv-820 |
| Plaintiff, | § § | Jury Trial Requested |
| v. | § § | |
| ASUSTEK COMPUTER INC., | § § § | |
| Defendant. | § § § § | |

**JOINT NOTICE OF EXTENSION OF DEADLINES**

Plaintiff Atlas Global Technologies LLC and Defendant ASUSTeK Computer Inc. ("ASUSTeK") hereby notify the Court that the parties have met and conferred and have agreed to extend the following deadlines:

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| Responses to Dispositive/Daubert motion deadline. | 09/14/23 | 09/21/23 |
| Serve Pretrial Disclosures. | 09/14/23 | 09/21/23 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | 09/28/23 | 10/05/23 |
| Serve objections to rebuttal disclosures. | 10/05/23 | 10/12/23 |

Good cause exists for these extensions as Atlas and its legal team in this case are set for jury selection and trial in *Atlas Global Technologies LLC v. TP-Link Technologies Co., Ltd. et al.*, C.A. No. 2:21-cv-430-JRG-RSP in Marshall, Texas on September 8, 2023. The trial was rescheduled from the prior setting of August 18, 2023. Because the Eastern District of Texas trial

1

falls in the middle of the present dispositive motion and pretrial disclosure schedule in the current case, the parties met and conferred and agreed to the following modest extension of pretrial deadlines and trial date in this matter.

Dated:  September 1, 2023                           Respectfully submitted,

/s/ *Elizabeth L. DeRieux*
Max L. Tribble, Jr.
Texas State Bar No. 20213950
Joseph S. Grinstein
Texas State Bar No. 24002188
Alejandra C. Salinas
Texas State Bar No. 24102452
**SUSMAN GODFREY, LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com
asalinas@susmangodfrey.com

Kalpana Srinivasan
California State Bar No. 237460
Oleg Elkhunovich
California State Bar No. 269238
**SUSMAN GODFREY, LLP**
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
oelkhunovich@susmangodfrey.com

Michael F. Heim
Texas State Bar No. 09380923
Eric J. Enger
Texas State Bar No. 24045833
Blaine A. Larson
Texas State Bar No. 24083360
Alden G. Harris
Texas State Bar No. 24083138
William B. Collier, Jr.
Texas State Bar No. 24097519

**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby, Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
mheim@hpcllp.com
eenger@hpcllp.com
blarson@hpcllp.com
aharris@hpcllp.com
wcollier@hpcllp.com

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
**CAPSHAW DeRIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
Email:  ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com

*ATTORNEYS FOR ATLAS GLOBAL TECHNOLOGIES LLC*


 */s/ Michael J. Newton*
Michael J. Newton (TX Bar No. 24003844)
mike.newton@alston.com
Brady Cox (TX Bar No. 24074084)
brady.cox@alston.com
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Phone: (214) 922-3400
Fax: (214) 922-3899

Ross Barton (NC Bar No. 37179)
ross.barton@alston.com
Lauren N. Griffin
lauren.griffin@alston.com
ALSTON & BIRD LLP
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Phone: (704) 444-1000
Fax: (704) 444-1111

Holly Hawkins Saporito
holly.saporito@alston.com
Nick Tsui
nick.tsui@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Fax: (404) 881-7777

Jenny J. Wang (CA Bar No. 328002)
jenny.wang@alston.com
555 Fayetteville Street, Suite 600
Raleigh, NC 27601-3034
Phone: (919) 862-2200
Fax: (919) 862-2260

Caleb J. Bean (CA Bar No. 299751)
caleb.bean@alston.com
ALSTON & BIRD LLP
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Phone: (213) 576-1000
Fax: (213) 576-1100

ATTORNEYS FOR DEFENDANT ASUSTEK COMPUTER INC.

## CERTIFICATE OF SERVICE

This is to certify that on September 1, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Elizabeth L. DeRieux*
Elizabeth L. DeRieux