IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **ATLAS GLOBAL TECHNOLOGIES LLC** | § § § § | Civil Action No. 6:21-cv-820 |
| Plaintiff, | § § | Jury Trial Requested |
| v. | § § § | |
| **ASUSTEK COMPUTER INC.,** | § § § | |
| Defendant. | § § § | |

## ORDER AMENDED SCHEDULING ORDER

CAME ON FOR CONSIDERATION, Plaintiff Atlas Global Technologies LLC and Defendant ASUSTeK Computer Inc.'s (collectively, "the parties'") Joint Notice of Extension of Deadlines.

Accordingly, the Scheduling Order is amended as follows:

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| Responses to Dispositive/Daubert motion deadline. | 09/14/23 | 09/21/23 |
| Serve Pretrial Disclosures. | 09/14/23 | 09/21/23 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | 09/28/23 | 10/05/23 |
| Serve objections to rebuttal disclosures. | 10/05/23 | 10/12/23 |

1

Dated this \_\_\_\_ day of _____, 2023

_____
Alan D. Albright
United States District Judge