IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |  |
|---|---|---|
| **ATLAS GLOBAL TECHNOLOGIES LLC** | § § § § | Civil Action No. 6:21-cv-820-ADA |
| Plaintiff, | § § | Jury Trial Requested |
| v. | § § |  |
| **ASUSTeK COMPUTER, INC.,** | § § § |  |
| Defendant. | § § |  |

**JOINT STATUS REPORT
AND MOTION TO CONTINUE STAY OF ALL DEADLINES**

As the parties previously informed the Court, Plaintiff Atlas Global Technologies LLC ("Plaintiff" or "Atlas") and Defendant ASUSTeK Computer, Inc. ("Defendant" or "ASUSTeK") have settled in principle all matters in controversy between Atlas and ASUSTeK via a binding term sheet. Dkt. No. 224. The parties thus moved on December 2, 2023, for a stay of all deadlines for sixty (60) days to allow the parties to complete the settlement process. *Id.* The Court granted that motion via text order and ordered the parties "to file either settlement papers or a joint status update on or before February 2, 2024."

Pursuant to that order, the parties jointly notify the Court that they have exchanged drafts and comments on the long-form agreement but need additional time to finalize the agreement. Accordingly, the parties respectfully request that the Court continue the stay for an additional twenty-eight (28) days, to March 1, 2024. The parties will file a stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) once the settlement process is complete.

Dated: February 1, 2024

/s/ *Alexander W. Aiken*
Max L. Tribble, Jr.
Texas State Bar No. 20213950
Joseph S. Grinstein
Texas State Bar No. 24002188
Alejandra C. Salinas
Texas State Bar No. 24102452
**SUSMAN GODFREY, LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
jgrinstein@susmangodfrey.com
asalinas@susmangodfrey.com

Kalpana Srinivasan
California State Bar No. 237460
Oleg Elkhunovich
California State Bar No. 269238
**SUSMAN GODFREY, LLP**
1900 Avenue of the Stars, 14th Floor
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com
oelkhunovich@susmangodfrey.com

Michael F. Heim
Texas State Bar No. 09380923
Eric J. Enger
Texas State Bar No. 24045833
Blaine A. Larson
Texas State Bar No. 24083360
Alden G. Harris
Texas State Bar No. 24083138
William B. Collier, Jr.
Texas State Bar No. 24097519
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby, Suite 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
mheim@hpcllp.com
eenger@hpcllp.com
blarson@hpcllp.com

Respectfully submitted,

/s/ *Michael J. Newton (w/ permission)*
Michael J. Newton (TX Bar No. 24003844)
mike.newton@alston.com
Brady Cox (TX Bar No. 24074084)
brady.cox@alston.com
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Phone: (214) 922-3400
Fax: (214) 922-3899

Ross Barton (NC Bar No. 37179)
ross.barton@alston.com
Lauren N. Griffin
lauren.griffin@alston.com
**ALSTON & BIRD LLP**
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Phone: (704) 444-1000
Fax: (704) 444-1111

Holly Hawkins Saporito
holly.saporito@alston.com
Nick Tsui
nick.tsui@alston.com
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Fax: (404) 881-7777

Jenny J. Wang (CA Bar No. 328002)
jenny.wang@alston.com
**ALSTON & BIRD LLP**
555 Fayetteville Street, Suite 600
Raleigh, NC 27601-3034
Phone: (919) 862-2200
Fax: (919) 862-2260

Caleb J. Bean (CA Bar No. 299751)
caleb.bean@alston.com
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071

aharris@hpcllp.com
wcollier@hpcllp.com

T. John Ward, Jr.
Texas Bar No. 00794818
Email: jw@wsfirm.com
Andrea L. Fair
Texas Bar No. 24078488
Email: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
**CAPSHAW DeRIEUX, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
Email: ccapshaw@capshawlaw.com

*ATTORNEYS FOR ATLAS GLOBAL TECHNOLOGIES LLC*

Phone: (213) 576-1000
Fax: (213) 576-1100

*ATTORNEYS FOR DEFENDANT ASUSTEK COMPUTER INC.*

## CERTIFICATE OF SERVICE

    The undersigned certifies that on February 1, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

                                                */s/ Alexander W. Aiken*
                                                 Alexander W. Aiken