# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **ATLAS GLOBAL TECHNOLOGIES LLC** | § § § § | Civil Action No. 6:21-cv-820-ADA |
| Plaintiff, | § § § | Jury Trial Requested |
| v. | § § | |
| **ASUSTeK COMPUTER, INC.,** | § § § § | |
| Defendant. | § § | |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

Before the Court is the Parties' Joint Status Report and Motion to Continue Stay of All Deadlines (the "Motion"). Having considered the Motion, relevant evidence, and the applicable law, it is hereby ORDERED that the Motion is GRANTED. All deadlines in this case hereby remain stayed until March 1, 2024.

SIGNED this \_\_\_\_ day of February, 2024.

_____
ALAN ALBRIGHT
UNITED STATES DISTRICT JUDGE

1